BEFORE THE THIRD DIVISION, APRIL 17, 1967

**No. P67/113.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 63/7024 (Philadelphia).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of calcined clay, referred to as "Molochite," similar in all material respects to that the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (54 Cust Ct. 245, C.D. 2539), the claim of the plaintiff was sustained.